**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In Re:  ALFRED VAUGHN III  § § § § § § §  Case No.: 09-31648
        LAKESHA S VAUGHN

        Debtor(s)

---

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/27/2009.

2) This case was confirmed on N/A.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was transferred on 10/14/2009.

6) Number of months from filing to the last payment: 0

7) Number of months case was pending: 5

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: NA

10) Amount of unsecured claims discharged without payment $      .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $ 1,200.00 |
| Less amount refunded to debtor | $ 1,200.00 |
| **NET RECEIPTS** | $ .00 |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid through the Plan | $ .00 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ .00 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ .00 |
| Attorney fees paid and disclosed by debtor | $ 700.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| BANK OF AMERICA HOME | SECURED | 140,000.00 | .00 | .00 | .00 | .00 |
| BANK OF AMERICA HOME | UNSECURED | 49,900.00 | NA | NA | .00 | .00 |
| SMALL BUSINESS ADMIN | SECURED | 21,000.00 | .00 | .00 | .00 | .00 |
| SMALL BUSINESS ADMIN | UNSECURED | 21,000.00 | NA | NA | .00 | .00 |
| FORD MOTOR CREDIT | SECURED | 58,124.00 | 58,388.73 | 58,124.00 | .00 | .00 |
| HITCHCOCK AND ASSOCI | PRIORITY | 2,800.00 | NA | NA | .00 | .00 |
| ADVOCATE SOUTH SUBUR | UNSECURED | 300.00 | NA | NA | .00 | .00 |
| ALLIANCE CREDIT UNIO | UNSECURED | 6,500.00 | NA | NA | .00 | .00 |
| AMERICASH LOANS LLC | UNSECURED | 1,300.00 | 1,287.19 | 1,287.19 | .00 | .00 |
| BARCLAYS BANK DELAWA | UNSECURED | 4,461.00 | NA | NA | .00 | .00 |
| CAPITAL ONE | UNSECURED | 3,241.00 | NA | NA | .00 | .00 |
| CAPITAL ONE | UNSECURED | 875.00 | NA | NA | .00 | .00 |
| CHASE CC | UNSECURED | 1,052.00 | NA | NA | .00 | .00 |
| CHASE STUDENT LOAN S | OTHER | .00 | NA | NA | .00 | .00 |
| CHECK N GO | UNSECURED | 1,000.00 | NA | NA | .00 | .00 |
| CHECK INTO CASH | UNSECURED | 900.00 | NA | NA | .00 | .00 |
| GEMB/WALMART | UNSECURED | 164.00 | NA | NA | .00 | .00 |
| GEMB/WALMART | UNSECURED | 146.00 | NA | NA | .00 | .00 |
| JUNIPER CARD SERVICE | OTHER | .00 | NA | NA | .00 | .00 |
| MIDWEST PHYSICIAN GR | UNSECURED | 395.20 | NA | NA | .00 | .00 |
| NICOR GAS | UNSECURED | 344.00 | NA | NA | .00 | .00 |
| ORLAND PARK SURGICAL | UNSECURED | 112.62 | NA | NA | .00 | .00 |
| FORD MOTOR CREDIT | UNSECURED | NA | .00 | 264.73 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

```
.================================================================================.
| **Scheduled Creditors:**                                                       |
|                                                                                |
| Creditor                  Claim            Claim            Claim       Principal          Int.    |
|   Name          Class    Scheduled       Asserted         Allowed         Paid            Paid    |
|                                                                                |
|FORD MOTOR CREDIT    SECURED        NA             .00              .00            .00            .00  |
|FORD MOTOR CREDIT    UNSECURED      NA              NA               NA            .00            .00  |
|CHASE STUDENT LOAN S UNSECURED      NA         8,174.10         8,174.10          .00            .00  |
|ILLINOIS STUDENT ASS UNSECURED      NA         8,201.47         8,201.47          .00            .00  |
.================================================================================.
```

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 58,124.00 | .00 | .00 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 58,124.00 | .00 | .00 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | 17,927.49 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | .00 |
| Disbursements to Creditors | $ | .00 |
| **TOTAL DISBURSEMENTS:** | $ | .00 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 01/25/2010   /s/ Tom Vaughn
                    Tom Vaughn, Chapter 13 Trustee

**STATEMENT** : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**